IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN LAWSKY**, | : | |
| *Superintendent of Financial Services of the* | : | **CIVIL ACTION** |
| *State of New York, in his capacity as* | : | |
| *Liquidator of Nassau Insurance Company,* | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ABETECH GROUP, INC.,** *et al.* | : | No. 12-1564 |
| **Defendants.** | : | |

## ORDER

AND NOW, this **8th** day of **September**, **2014**, upon consideration of Lentz, Cantor & Massey, Ltd.'s Motion in Limine to Preclude Plaintiff from Presenting Evidence or Contentions He Has Not Recovered the Full Amount of the Complained of Transfers, Plaintiff's response thereto, Lentz Cantor's reply thereon, and for the reasons given in this Court's Memorandum dated September 8, 2014, it is hereby **ORDERED** that the motion (Document No. 78) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**